IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

ANTON SARIC and
GRACE SARIC         )
                    )
       Plaintiffs   )
                    )
  -vs-              ) NO: 08 CV 3459
                    )
BANK UNITED FSB     )
                    )
       Defendant    )

### NOTICE OF MOTION

TO:   Douglas M. Matton
      Matton & Grossman, PC
      200 West Madison Street
      Suite 710
      Chicago, Illinois 60606

PLEASE TAKE NOTICE that on the __26th__ day of __August__, 2008, at **10:30 a.m.** or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge George M. Marovich, or such other judge as may be sitting in his place in Room 1900 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois and shall present **Defendant, Bank United's, Motion to Extend Time to Answer**, a copy of which is enclosed herewith and hereby served upon you.

RESPECTFULLY SUBMITTED

PEREGRINE, STIME, NEWMAN
RITZMAN & BRUCKNER, LTD.

By: _____
    David W. Clark, one of the attorneys for
    Defendant, Bank United, FSB

David W. Clark
PEREGRINE, STIME, NEWMAN,
RITZMAN & BRUCKNER, LTD.
221 E. Illinois Street
P. O Box 564
Wheaton, Illinois 60189-0564
(630) 665-1900
(640) 665-0407 (fax)

M:\BANK UNITED advs. Saric\NotMotion.wpd