IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ANTON SARIC and GRACE SARIC  )<br> ) <br>Plaintiffs  ) <br> ) <br>-vs-  ) <br> ) <br>BANK UNITED FSB  ) <br> ) <br>Defendant  ) | NO: 08 CV 3459 |

## MOTION TO EXTEND TIME TO ANSWER

NOW COMES the Defendant, BANK UNITED FSB, by and through its attorneys, PEREGRINE, STIME, NEWMAN, RITZMAN & BRUCKNER, LTD., and moves this Honorable Court for an Order extending the time in which to file responsive pleadings for an additional sixty (60) days from the date of this hearing.  In support thereof, Defendant, BANK UNITED FSB., states as follows:

1. Plaintiffs' Complaint is premised on alleged violations of the Truth in Lending Act.

2. Defendant, BANK UNITED FSB.'s answer or responsive pleadings were due on or before August 18, 2008.

3. The parties have been discussing settlement of this matter.

4. Due to settlement negotiations, Defendant, BANK UNITED FSB requests additional time to file its responsive pleadings on or before October 17, 2008.

5. Plaintiff has agreed to additional time and there will be no prejudice to either party.

WHEREFORE, Defendant, BANK UNITED FSB., prays this Honorable Court for an extension of time to file its responsive pleadings to October 17, 2008.

                          RESPECTFULLY SUBMITTED,

                          PEREGRINE, STIME, NEWMAN,
                          RITZMAN & BRUCKNER, LTD.

                          By: _____David W. Clark_____
                          David W. Clark, one of the attorneys for
                          Defendant, Bank United, FSB

David W. Clark
PEREGRINE, STIME, NEWMAN,
RITZMAN & BRUCKNER, LTD.
221 E. Illinois Street
P. O Box 564
Wheaton, Illinois 60189-0564
(630) 665-1900
(640) 665-0407 (fax)
M:\BANK UNITED advs. Saric\Motion.ExtendTime.wpd