**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Anton Saric, et al.
                Plaintiff,

v.                                   Case No.: 1:08−cv−03459
                                          Honorable George M. Marovich

Bankunited FSB
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 14, 2008:

      MINUTE entry before the Honorable George M. Marovich:Motion hearing set for 8/26/2008 is stricken. Defendant's motion to extend time to 10/17/2008 to file a responsive pleading [7] is granted. All parties shall comply with Judge Marovich's requirements for the initial appearance as outlined in Judge Marovich's case management procedures located at: www.ilnd.uscourts.gov. The parties shall deliver a copy of the initial status report to the Courtroom Deputy (Room 2260) by 10/17/2008. Status hearing set for 10/21/2008 at 11:00 a.m. for report on settlement.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.